# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| | ) | **ORDER AMENDING CONDITIONS** |
| Plaintiff, | ) | **OF PRETRIAL RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:16-cr-126 |
| Tanner James Nielsen, | ) | |
| | ) | |
| Defendant. | ) | |

On May 23, 2016, the court released defendant pending trial. As a condition of release, the court ordered, amongst other things, that defendant was participate in a home confinement program that included electronic monitoring. When imposing this condition, the court advised that, depending upon defendant's performance while on release, it would revisit this condition upon request by the Pretrial Services Office.

On June 28, 2016, the Pretrial Services Office contacted the court to update the court on defendant's performance to date and to advise that the condition of home confinement with electronic monitoring no longer appears necessary. Accordingly, the court strikes this condition of defendant's pretrial release. All other conditions of defendant's pretrial release remain in effect.

**IT IS SO ORDERED.**

Dated this 28th day of June, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court